FILED

NOT FOR PUBLICATION

MAR 22 2011

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| IGNACIO CEDILLO BARCENAS; MARIA DEL CARMEN ESTRADA DE CEDILLO, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 09-70967 <br><br> Agency Nos. A073-935-612 <br> A073-935-619 <br><br> MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 8, 2011**

Before:    FARRIS, LEAVY, and BYBEE, Circuit Judges.

  Ignacio Cedillo Barcenas and Maria Del Carmen Estrada De Cedillo, natives

and citizens of Mexico, petition for review of the Board of Immigration Appeals'

---

  *    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

  **    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

order dismissing their appeal from an immigration judge's removal order.  We dismiss the petition for review.

We lack jurisdiction to consider petitioners' challenges to the agency's denial of cancellation of removal and voluntary departure based on its discretionary determination that petitioners lack good moral character.  8 U.S.C. §§ 1229c(f), 1252(a)(2)(B)(i); *Moran v. Ashcroft*, 395 F.3d 1089, 1091 (9th Cir. 2005), *overruled on other grounds by Sanchez v. Holder*, 560 F.3d 1028 (9th Cir. 2009) (en banc).

Petitioners' remaining contentions are not persuasive.

**PETITION FOR REVIEW DISMISSED.**